UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore

| | |
|---|---|
| IN RE: | BCN#: 17-26273 |
| PATRICK JOSEPH KELLY | Chapter 13 |
| Debtor | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A9 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-I and its assignees and/or successors in interest, | RESPONSE TO DEBTOR'S RESPONSE AND OBJECTION TO AMENDED MOTION TO ALLOW LATE CLAIM NUMBER 3 |
| Movant | |
| v. | |
| PATRICK JOSEPH KELLY | |
| Debtor Respondents | |

Comes now DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A9 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-I ("Deutsche Bank"), by Counsel, and for their response to the Debtor's Objection to Claim Number 3 states as follows:

**BACKGROUND**

1. Deutsche Bank is the current payee of a Balloon Note Fixed Rate Note ("Note") secured by a deed of trust upon a parcel of real property with the address of 1909 Orchard Point, Pasadena, MD 21122 ("Property").

2. On or about June 22, 2018, Deutsche Bank filed a proof of claim (Claim #3) which indicates that the total debt owed at the time of the bankruptcy filing was $1,971,736.56, the total prepetition arrears is $956,538.61.  the bar date to file claims is February 13, 2018.

3. On July 16, 2018, Debtor filed an Amended Chapter 13 Plan which stated the Debtor seeks to value Deutsche Bank's claim or avoid the lien by a separate motion of adversary proceeding.  Deutsche Bank's claim is not listed as being treated in the plan.

## RESPONSE TO OPPOSITION

4. The allegations in Debtor's paragraphs one through three (1-3) are denied.

5. The allegations in Debtor's paragraph four (4) is denied.  A proof of claim executed and filed constitutes prima facie evidence of the validity and amount of claim, Federal Rule of Bankruptcy Procedure 3001(f).

6. The allegations in Debtor's paragraph five (5) are denied.

7. The allegations in Debtor's paragraph six (6) are denied.  Debtor's allegations that he properly rescinded the loan has been argued and denied with prejudice in multiple previous proceedings.  Advancing this position yet again is without merit.

8. Deutsche Bank reserves the right to amend or supplement this pleading.

WHEREFORE, Movant respectfully requests the Court deny the Debtor's Objection to Claim and any and all other relief that this Court deems proper.

Dated:_08/13/2018___

SHAPIRO & BROWN, LLP

Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A9 MORTGAGE PASS-THROUGH CERTIFICATES Series 2007-I

By:___/s/ Renee Dyson_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
SHAPIRO & BROWN, LLP
10021 Balls Ford Road
Suite 200
Manassas, Virginia 20109
(703) 449-5800

CERTIFICATE OF SERVICE

I hereby certify that on the ___13th _____ day of ____August _____, _2018_ the following person(s) were served a copy of the foregoing Notice in the manner described below:

Via CM/ECF Electronic Notice:

    Robert S Thomas, II
    300 E. Joppa Road
    Suite 409
    Towson, MD 21286

    John Shin
    10440 Little Patuxent Parkway
    Suite 300
    Columbia, MD 21044

Via First Class Mail, Postage Prepaid:

    Patrick Joseph Kelly
    1909 Orchard Point Rd
    Pasadena, MD 21122

        ___/s/ Renee Dyson_____
        William M. Savage, Esquire
        Kristine D. Brown, Esquire
        Thomas J. Gartner, Esquire
        Gregory N. Britto, Esquire
        Renee Dyson, Esquire
        Malcolm B. Savage, III, Esquire

18-273744